Clark R. Nielsen (2406)
cnielsen@smithlawonline.com
Kathryn J. Steffey (10245)
ksteffey@smithlawonline.com
**SMITH HARTVIGSEN, PLLC**
215 South State Street, Suite 600
Salt Lake City, Utah 84111
Tel: (801) 413-1600
Fax: (801) 413-1620
*Attorneys for Plaintiff Intermountain Rigging and Heavy Haul*

FILED
U.S. DISTRICT COURT
2010 JUL 21  P 5: 14
DISTRICT OF UTAH
BY:_____
    DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KNIGHT BROTHERS LLC, a Utah limited liability company, dba INTERMOUNTAIN RIGGING AND HEAVY HAUL,<br><br>Plaintiff,<br><br>v.<br><br>BARER ENGINEERING COMPANY OF AMERICA, a Vermont Corporation, CENTRAL BEARING CORPORATION LTD, dba BARER ENGINEERING COMPANY OF AMERICA, CENTRAL BEARING CORPORATION LTD, dba BARER ENGINEERING INTERNATIONAL, and DAVID BARER, an individual,<br><br>Defendants. | **CERTIFICATE OF DEFAULT**<br>(Central Bearing Corporation, Ltd. and Barer Engineering International)<br><br>Case No. 2:10-CV-108<br><br>Judge Ted Stewart |

Defendants Central Bearing Corporation, Ltd, and Barer Engineering International accepted service of the Amended Complaint, and thereafter entered their appearance in this action on April 19, 2010. (A copy of the Stipulated Motion to Extend Time to Answer or

Otherwise Respond to Complaint is attached hereto as Exhibit A.) After Plaintiff moved to amend its Amended Complaint, Defendants Central Bearing Corporation, Ltd and Barer Engineering International filed a Notice of Non-Opposition to Motion for Leave to Amend, and the parties then entered into a Stipulation to File Second Amended Complaint, in which the Defendants were required to file their response to the Second Amended Complaint no later than July 15, 2010. (A copy of the Order Approving Stipulation to File Second Amended Complaint is attached hereto as Exhibit B.) On July 15, 2010, Defendants Central Bearing Corporation, Ltd and Barer Engineering International moved to allow their counsel to withdraw, stating that they "do not intend to defend on the merits of this case or otherwise participate in the proceedings." (A copy of Defendants Central Bearing Corporation, Ltd. and Barer Engineering International's Motion to Withdraw is attached hereto as Exhibit C.)

Defendants Central Bearing Corporation, Ltd. and Barer Engineering International have failed to file any answer or to otherwise respond to the Second Amended Complaint as ordered by the Court, and the time allowed by law for filing an answer or otherwise responding to the Second Amended Complaint has expired.

Accordingly, the default of Central Bearing Corporation, Ltd. and Barer Engineering International is hereby duly entered according to law.

ATTEST my hand and the seal of the Court this 21st day of July, 2010.

D. MARK JONES

_____
Clerk

Deputy Clerk