# United States District Court

Central Division for the District of Utah

Knight Brothers LLC

V.

Barer Engineering Company of America, et al.

**BENCH WARRANT**

CASE NUMBER: 2:10cv108 TS

*FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
APR 30 2013
By D. MARK JONES, CLERK
DEPUTY CLERK*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____DAVID BARER_____
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

Failure to Appear

Paul M. Warner
Name of Issuing Officer

*[signature: Paul M Warner]*
Signature of Issuing Officer

By:   Kirsten Mumford

United States Magistrate Judge
Title of Issuing Officer

April 30, 2013 at Salt Lake City, Utah
Date and Location

Bail fixed at ___No Bail___ by *[signature: Paul M Warner]*
                                  Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |