Kathryn Steffey

| | |
|---|---|
| From: | Line Feltrin <lf@skm.ca> on behalf of Leon Greenberg <ljg@skm.ca> |
| Sent: | Monday, April 29, 2013 2:34 PM |
| To: | Clark Nielsen; Kathryn Steffey |
| Subject: | Knight Brothers LLC vs. Central Bearing Corporation Ltd. and al. |

RE : Knight Brothers LLC
Vs.: Central Bearing Corporation Ltd. and al.
O/F: 5733-15

Dear Sirs:

We represent Mr. David Barer as well as Central Bearing Corporation Ltd. who have consulted us with respect to your request for post-judgment interrogatories, recently served by you.

Please be advised that our clients contest the enforceability in the Province of Québec of the Judgment rendered by the United States District Court, District of Utah. Accordingly, our clients respectfully decline to respond to your request.

Please note that the present letter is written strictly without prejudice to, and under full reserve of, all of the rights and recourses of our clients.

Yours truly,

**Leon J. Greenberg**
**STERNTHAL KATZNELSON MONTIGNY S.E.N.C.R.L./LLP**
Place du Canada | 1010, rue de la Gauchetière Ouest | bureau 1020
Montréal (Québec) H3B 2N2
☎ (514) 878-1011 poste 233 | 🖷 (514) 878-9195 | ljg@skm.ca | www.skm.ca


STERNTHAL
KATZNELSON
MONTIGNY

L'information apparaissant dans ce message électronique est légalement PRIVILÉGIÉE ET CONFIDENTIELLE. Si ce message vous est parvenu par erreur, vous êtes en conséquence prié de nous aviser immédiatement par téléphone ou par courriel. De plus, veuillez détruire ce message immédiatement. Merci / This e-mail communication is CONFIDENTIAL AND LEGALLY PRIVILEGED. If you are not the intended recipient, please notify us at the telephone number shown above or by return e-mail and delete this communication and any copy immediately. Thank you.

# Kathryn Steffey

**From:** D Barer <d.barer@yahoo.com>
**Sent:** Monday, April 29, 2013 4:25 PM
**To:** Kathryn Steffey; Clark Nielsen

Clark R. Nielsen and Kathryn J. Steffey
Smith Hartvigsen, PLLC
Suite 300
175 South Main Street
Salt Lake City, Utah 84111

April 29, 2013

Gentlemen:

I refer to your request for an appearance for post-judgment interrogatories with respect to Barer Engineering Company of America and case number 2:10-CV-108 Knight Brothers LLC.

I am writing to inform you that this company is no longer registered; it is not operating; its bank account has been seized and it has no assets.

Since the Company is no longer operating or in existence, I am of course no longer acting as an officer or director of the Company.

Yours sincerely,

D. Barer